IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CRIMINAL NO. 09-00065-002-CG |
| ) | |
| KIMBERLY LYNN SNYDER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This cause is before the court on the defendant's Position of Parties with Respect to Sentencing Factors (Doc 41). The defendant objects to portions of the Presentence Investigation Report, but failed to include the required certification concerning conferring with opposing counsel and the Probation Office to resolve the matter. See S.D. Ala. Standing Order No. 5.[1]

Accordingly, the pleading is **STRICKEN** from the record. The defendant may re-file once the proper certification is made.

**DONE and ORDERED** this 8th day of September, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Where there is a dispute as to findings, a party's position with regard to sentencing factors "should include a written statement certifying that the party has conferred with opposing counsel and the United States Probation Office in a good faith effort to resolve any disputed matters." S.D. Ala. Standing Order No. 5, ¶ 5.